683 A.2d 1205

COMMONWEALTH of Pennsylvania, Respondent,

v.

Calvin HART, Petitioner.

Supreme Court of Pennsylvania.

Oct. 22, 1996.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of October, 1996, the Petition for Allowance of Appeal is granted. The Order of the Superior

Court is vacated and the Order of the common pleas court dated October 5, 1993, is reinstated. See *Commonwealth v. Matos,* 543 Pa. 449, 672 A.2d 769 (1996).